MASON, Respondent, v. BUFFALO DREDGING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by John H. Mason against the Buffalo Dredging Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.